UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA PIPER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BAYER CROPSCIENCE LP, )<br>et al. )<br>)<br>Defendants. )<br>) | Case No. 3:21-cv-00021-NJR |

**DEFENDANTS' JOINT RESPONSE TO
PLAINTIFF BARBARA PIPER'S MOTION TO CONSOLIDATE
AND APPOINT AN EXECUTIVE COMMITTEE AS INTERIM LEAD COUNSEL**

Defendants Bayer CropScience LP; Bayer CropScience Inc.; Nutrien Ag Solutions, Inc.; Syngenta Corporation; Tenkoz Inc.; Univar Solutions Inc.; BASF Corporation; Federated Co-operatives Limited; Growmark, Inc.; Corteva, Inc.; Winfield Solutions, LLC; and CHS Inc. (collectively, the "Defendants") hereby respond to the Motion to Consolidate and Appoint an Executive Committee as Interim Lead Counsel ("Motion") filed by Plaintiffs Barbara Piper, as Executrix of the Estate of Michael Piper, Charles Lex, and John Swanson (collectively, "Plaintiffs") [Dkt. 53].

The Court should deny Plaintiffs' request to consolidate the Related Actions[1] (or any other actions filed or pending in this District) and should also deny Plaintiffs' request to appoint interim lead counsel. Plaintiffs' requests are premature and inappropriate at this juncture, in light of Plaintiffs' recent filing with the Judicial Panel on Multidistrict Litigation ("JPML") of their Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings. Any decisions by this Court regarding coordination, consolidation, and the

---

[1] In their Motion, Plaintiffs define the "Related Actions" to be the *Swanson*, *Lex* and *Piper* cases.

appointment of lead counsel should be deferred until after a ruling by the JPML on Plaintiffs' pending motion.

There are currently a total of fourteen (14) analogous cases filed across three (3) different judicial districts against the same group of Defendants. Defendants have been informed that additional complaints are going to be filed. In addition to the Related Actions, the pending cases include: *Budde v. Bayer CropScience LP, et al.*, No. 2:21-cv-2095 (D. Kan.); *Canjar v. Bayer CropScience LP, et al.*, No. 3:21-cv-181 (S.D. Ill.)[2]; *Carlson v. Bayer CropScience LP, et al.*, No. 21-cv-475 (D. Minn.); *Duncan v. Bayer CropScience LP, et al.*, No. 3:21-cv-158 (S.D. Ill.); *Eagle Lake Farms Partnership v. Bayer CropScience LP, et al.*, No. 21-cv-543 (D. Minn.); *Flaten v. Bayer CropScience LP, et al.*, No. 21-cv-404 (D. Minn.); *Handwerk v. Bayer CropScience LP, et al.*, No. 21-cv-351 (D. Minn.); *Jones Planting Co. v. Bayer CropScience LP, et al.*, No. 3:21-cv-173 (S.D. Ill.); *Plaff v. Bayer CropScience LP, et al.*, No. 21-cv-462 (D. Minn.); *Ryan Bros., Inc. v. Bayer CropScience LP et al.*, No. 21-cv-433 (D. Minn.); and *Vienna Eqho Farms v. Bayer CropScience LP, et al.*, No. 3:21-cv-204 (S.D. Ill.). The parties to all of these actions will have an opportunity to submit briefs to the JPML, which will evaluate the positions of the parties and assess whether centralization and consolidation or coordination is appropriate, and, if so, the appropriate transferee court.

It is well-settled that, pending a decision from the JPML, district courts should defer any decisions regarding consolidation or the appointment of lead counsel. *See Imran v. Vital Pharms., Inc.*, No. 18-cv-05758-JST, 2019 WL 1509180, at *10 (N.D. Cal. Apr. 5, 2019) (explaining that courts appoint interim class counsel where putative class actions have been consolidated and are pending in a single court and that it "may be premature to appoint interim

---

[2] The *Canjar* and *Jones Planting* claims were included in the Consolidated Amended Class Action Complaint filed by Plaintiffs in the Related Actions [Dkt. 58].

counsel based on actions pending in other districts" (internal quotation marks omitted)); *Chacana v. Quaker Oats Co.*, No. C 10-0502 RS, 2011 WL 441324, at *2 (N.D. Cal. Feb. 3, 2011) ("In light of the motion pending before the MDL panel, it would be premature to grant either Guttmann's motion for consolidation or his motion to appoint interim class counsel."); *Deangelis v. Corzine*, 286 F.R.D. 220, 222 (S.D.N.Y. 2012) (explaining that the court "deferred consideration" of all motions seeking appointment of interim counsel "until after the MDL Panel issued its ruling regarding the consolidation of civil actions").

Plaintiffs' request to consolidate cases in this District and to have lead counsel appointed by this Court additionally is premature and inappropriate in light of Bayer CropScience's Motion to Transfer pursuant to 28 U.S.C. § 1404(a), filed in conjunction with this memorandum. As explained more fully in the Motion to Transfer, Plaintiffs' claims are subject to the terms of a Technology/Stewardship Agreement ("TSA") that granted Plaintiffs a limited license to use seed containing Bayer CropScience's patented seed biotechnology. The TSA requires "all claims and disputes arising out of and/or connected in any way with this Agreement and the use of the seed or the [Bayer CropScience] technologies" to be brought in the United States District Court for the Eastern District of Missouri, Eastern Division. *See Atl. Marine Const. Co. v. U.S. Dist. Court for the W. Dist. of Tex.*, 571 U.S. 49, 63 (2013) (concluding that forum-selections clauses should be "given controlling weight in all but the most exceptional cases" because they protect the parties' "legitimate expectations and further[] vital interests of the justice system"). Bayer CropScience's Motion to Transfer demonstrates that Plaintiffs' claims in the Related Actions are subject to the TSA's mandatory forum selection clause, and therefore seeks transfer of the Related Actions to the Eastern District of Missouri.

For the foregoing reasons, Defendants therefore respectfully request that the Court deny Plaintiffs' request for consolidation and the appointment of interim class counsel at this time.

    Respectfully submitted,

    THOMPSON COBURN LLP

    s/ Erick E. VanDorn
    Erick E. VanDorn, #6256805
    525 W. Main Street, Suite 300
    Belleville, IL  62220
    Phone:  (618) 277-4700
    Fax:  618-236-3434
    evandorn@thompsoncoburn.com

    Christopher M. Hohn, #6230989
    Sharon B. Rosenberg, #6287232
    One US Bank Plaza
    St. Louis, Missouri  63101
    314-552-6000
    FAX 314-552-7000
    chohn@thompsoncoburn.com
    srosenberg@thompsoncoburn.com

    *Attorneys for Defendants Bayer CropScience Inc. and Bayer CropScience LP*


    s/ Travis H. Campbell (with permission)
    Travis H. Campbell
    BRYAN CAVE LEIGHTON PAISNER LLP
    One Metropolitan Square
    211 North Broadway, Suite 3600
    St. Louis, MO  63102
    (314) 259-2000
    (314) 259-2020 (facsimile)
    travis.campbell@bclplaw.com
    *Attorneys for Defendant Nutrien Ag Solutions, Inc.*


    s/ Michael J. Nester (with permission)
    Michael J. Nester #2037211
    Donovan Rose Nester, P.C.
    15 North 1st Street, Suite A

Belleville, IL  62220
Tel: 618-212-6500
Fax: 618-212-6501
mnester@drnpc.com
*Attorneys for Defendant Syngenta Corporation*


s/Timothy J. McCaffrey (with permission)
Timothy J. McCaffrey (Ill. Bar No. 6229804)
EVERSHEDS SUTHERLAND (US) LLP
900 N Michigan Avenue, Suite 1000
Chicago, Illinois 60611
312-724-9006 (tel.)
312-724-9322 (fax)
timmccaffrey@eversheds-sutherland.com

Lee A. Peifer (PHV application forthcoming)
James T. McGibbon (PHV application forthcoming)
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia 30309-3996
404-853-8000 (tel.)
404-853-8806 (fax)
leepeifer@eversheds-sutherland.com
jimmcgibbon@eversheds-sutherland.com

*Counsel for Tenkoz, Inc.*


s/ Matt D. Basil (with permission)
Craig C. Martin
Matt D. Basil
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle
Chicago, IL 60654-3406
Telephone: (312) 728-9000
Fax: (312) 728-9199
cmartin@willkie.com
mbasil@willkie.com
*Counsel for Univar Solutions Inc.*


s/ Adam C. Hemlock (with permission)
David J. Lender
Adam C. Hemlock

- 5 -

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
David.Lender@weil.com
Adam.Hemlock@weil.com

Lara B. Bach
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Tel: (305) 577-3100
Lara.Bach@weil.com

Troy A. Bozarth – #6236748
HEPLERBROOM LLC
130 N. Main St.
P.O. Box 510
Edwardsville, IL 62025
Tel: (618) 656-0184
tab@heplerbroom.com

*Attorneys for BASF Corporation*


s/ Michael L. McCluggage (with permission)
Michael L. McCluggage
Barak S. Echols (*Admission Pending*)
EIMER STAHL LLP
224 S. Michigan Ave.
Suite 1100
Chicago, IL 60604
(312) 660-7600 (telephone)
(312) 692-1718 (facsimile)
mmccluggage@eimerstahl.com
bechols@eimerstahl.com

Collin J. Vierra (*Pro Hac Vice Forthcoming*)
EIMER STAHL LLP
99 South Almaden Boulevard
Suite 662
San Jose, CA 85113
(669) 231-8755 (telephone)

(312) 692-1718 (facsimile)
cvierra@eimerstahl.com

*Counsel for Defendant Federated Co-operatives Limited*


s/ Barry S. Noeltner (with permission)
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Barry S. Noeltner, ARDC #6190817
Suite 100
Mark Twain Plaza III
105 West Vandalia Street
Edwardsville, Illinois 62025
Telephone:  618.656.4646
PRIMARY E-SERVICE -
edwecf@heylroyster.com
SECONDARY E-SERVICE –
bnoeltner@heylroyster.com
*Attorneys for Growmark, Inc.*


s/ Donald M. Flack. (with permission)
Donald M. Flack (ARDC NO.6257897)
Armstrong Teasdale LLP
115 N. Second Street
Edwardsville, Illinois 62025
(618) 800-4141 (telephone)
(618) 659-9530 (facsimile)
dflack@atllp.com
*Attorneys for Corteva, Inc.*


s/ Nathan P. Eimer (with permission)
Nathan P. Eimer
Vanessa G. Jacobsen
Brian Y. Chang
Sarah H. Catalano
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Tel: 312-660-7600
neimer@eimerstahl.com

vjacobsen@eimerstahl.com
bchang@eimerstahl.com
scatalano@eimerstahl.com
*Attorneys for Winfield Solutions, LLC*


s/ Kathy L. Osborn (with permission)
Kathy L. Osborn
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street
Suite 2500
Indianapolis, IN 46204
317-237-8261
Fax: 317-237-1000
Email: kathy.osborn@faegredrinker.com

Colby A. Kingsbury
Faegre Drinker Biddle & Reath LLP
311 South Wacker Drive
Suite 4300
Chicago, IL 60606-6622
312-212-6500
Fax: 312-212-6501
Email: colby.kingsbury@faegredrinker.com

*Attorneys for CHS Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

s/ Erick E. VanDorn
Erick E. VanDorn, #6256805
THOMPSON COBURN LLP
525 W. Main Street, Suite 300
Belleville, IL  62220
Phone:  (618) 277-4700
Fax:  618-236-3434
evandorn@thompsoncoburn.com