# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA PIPER, as Executrix of the Estate of MICHAEL PIPER, Deceased, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>BAYER CROPSCIENCE LP, et al,<br><br>*Defendants.* | Case No. 3:21-CV-0021-NJR |
| JOHN C. SWANSON, individually and on behalf all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>BAYER CROPSCIENCE LP, et al.,<br><br>*Defendants.* | Case No. 3:21-CV-0046-NJR |
| CHARLES LEX,<br><br>*Plaintiff,*<br><br>v.<br><br>BAYER CROPSCIENCE LP; et al.,<br><br>*Defendants.* | Case No. 3:21-CV-122-NJR |
| JASON J. CANJAR D/B/A YEDINAK REGISTERED HOLSTEINS, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>BAYER CROPSCIENCE LP; et al.,<br><br>*Defendants.* | Case No. 3:21-CV-181-NJR |

# JOINT MOTION TO AMEND
# BRIEFING SCHEDULE FOR RESPONSIVE PLEADING DEADLINES[1]

Plaintiffs Barbara Piper, John C. Swanson, Charles Lex, Jones Planting Co. III, and Jason J. Canjar ("Plaintiffs") and Defendants Bayer CropScience LLP; Bayer CropScience, Inc.; Corteva Inc.; Cargill Incorporated; BASF Corporation; Syngenta Corporation; WinField Solutions, LLC; Univar Solutions, Inc.; Federated Co-operatives Ltd.; CHS Inc.; Nutrien Ag Solutions, Inc.; GROWMARK, Inc.; GROWMARK FS, LLC; Simplot AB Retail Sub, Inc.; Tenkoz, Inc. and Pioneer Hi-Bred International Inc. (together the "Defendants," and with the Plaintiffs, the "Parties"), jointly request that the Court vacate the current responsive pleading schedule, and set a briefing schedule for all parties governing the Class Action Consolidated Complaint and motion(s) to dismiss, as set forth below.

1.  On February 4, 2021[2] this Court granted the parties' Joint Motion to Set Responsive Pleading Deadlines and Briefing Schedule.

2.  By that Order, Defendants' responsive pleadings were to be due 45 days after the filing of the Class Action Consolidated Complaint.

3.  To facilitate further discussions among the Parties, streamline the proceedings, and maximize the efficient use of judicial resources, the Parties have conferred regarding both the size of briefs and the schedule for Defendants to respond to the Class Action Consolidated Complaint. The Class Action Consolidated Complaint contains 28 counts over 290 paragraphs

---

[1] This Joint Motion to Set Responsive Pleading Deadlines and Briefing Schedule is being filed contemporaneously in *Piper v. Bayer CropScience, et al.,* 3:21-CV-0021-NJR*, Swanson v. Bayer CropScience, et al.,* 3:21-CV-00046-NJR, *Lex v. Bayer CropScience, et al.,* 3:21-CV-00122-NJR, *Jones Planting Co. III v. Bayer CropScience, et al.,* 3:21-CV-00173-NJR and *Jason J. Canjar v. Bayer CropScience, et al.,* 3:21-cv-00181-NJR.

[2] Order granting Joint Motion to Set Responsive Pleading Deadlines and Briefing Schedule - *Piper v. Bayer CropScience, et al.,* 3:21-CV-0021-NJR [44]*, Swanson v. Bayer CropScience, et al.,* 3:21-CV-00046-NJR [20], *Lex v. Bayer CropScience, et al.,* 3:21-CV-00122-NJR [22], *Jones Planting Co. III v. Bayer CropScience, et al.,* 3:21-CV-00173-NJR [41] and *Jason J. Canjar v. Bayer CropScience, et al.,* 3:21-cv-00181-NJR[27].

and contains allegations against 15 defendants. In order to streamline and minimize the briefs before the Court, the parties have agreed on page limits on the briefing on the joint and individual issue motions to be filed with the Court. The parties jointly request that the Court enter the following schedule:

        (a)     Defendants shall respond to the Class Action Consolidated Complaint by May 5, 2021, a joint motion on behalf of all Defendants shall be no more than 55 pages and any individual issue motion particular to a specific defendant shall be no more than 10 pages[3];

        (b)     Plaintiffs shall file an opposition to any Motion to Dismiss by May 26, 2021, the opposition to the joint motion shall be no more than 55 pages and the opposition to any individual issue motion shall be no more than 10 pages;

        (c)     Defendants shall file a reply, if warranted under Local Rule 7.1(c), by June 16, 2021. Plaintiffs reserve the right to oppose the filing of a reply.

    4.     By joining in this motion, Defendants, do not waive any defenses in these actions, nor do they waive their rights to seek consolidation of these and other complaints, if filed, in a multidistrict litigation proceeding.

WHEREFORE, for the reasons set forth above, the Parties jointly and together respectfully request that the Court enter an order granting the relief requested above.

| | |
|---|---|
| Dated: April 23, 2021 | Respectfully submitted, |
| /s/ Stephen M. Tillery (with consent) | /s/ Troy A. Bozarth |
| Stephen M. Tillery | Troy A. Bozarth – #06236748 |
| Jamie Boyer | HEPLERBROOM LLC |
| Carol O'Keefe | 130 North Main Street |
| KOREIN TILLERY, LLC | P. O. Box 510 |
| 505 North 7th Street, Suite 3600 | Edwardsville, IL 62025 |
| St. Louis, MO 63101 | Tel: (618) 656-0184 |
| Tel: (314) 241-4844 | troy.bozarth@heplerbroom.com |
| stillery@koreintillery.com | |

---

[3] Certain defendants have a very limited number of discrete non-duplicative motions specific to them.

jboyer@koreintillery.com
cokeefe@koreintillery.com

George A. Zelcs
John Libra
Randall P. Ewing, Jr.
Ryan C. Cortazar
KOREIN TILLERY, LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL  60601
Tel:  (312) 641-9750
gzelcs@koreintillery.com
jlibra@koreintillery.com
reqing@koreintillery.com
rcortazar@koreintillery.com

Vincent Briganti
Christian Levis
Roland R. St. Louis, III
LOWEY DANNENBERG P.C.
44 South Broadway
White Plains, NY  10601
Tel:  (914) 997-0500
vbriganti@lowey.com
clevis@lowey.com
rstlouis@lowey.com

*Attorneys for Barbara Piper, John C. Swanson, Charles Lex, Jones Planting Co. III, and Jason J. Canjar*

David J. Lender
Adam C. Hemlock
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  100153
Tel:  (212) 310-8000
david.lender@weil.com
Adam.Hemlock@weil.com

Lara B. Bach
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL  33131
Tel:  (305) 577-3100
Lara.Bach@weil.com

*Attorneys for BASF Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2021 I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

/ s/ Troy A. Bozarth