IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA PIPER, as Executrix of the Estate of MICHAEL PIPER, Deceased, on behalf of herself and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>BAYER CROP SCIENCE LP, et al.,<br><br>   Defendants, | Case No. 3:21-cv-21-NJR |
| JOHN C. SWANSON, on behalf of himself and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>BAYER CROP SCIENCE LP, et al.,<br><br>   Defendants, | Case No. 3:21-cv-46-NJR |
| CHARLES LEX,<br><br>   Plaintiff,<br><br>v.<br><br>BAYER CROP SCIENCE LP, et al.,<br><br>   Defendants, | Case No. 3:21-cv-122-NJR |
| DARREN DUNCAN, on behalf of himself and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>BAYER CROP SCIENCE LP, et al.,<br><br>   Defendants, | Case No. 3:21-cv-158-NJR |

| | |
|---|---|
| **JONES PLANTING CO. III, on behalf of itself and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**BAYER CROP SCIENCE LP, et al.,**<br><br>Defendants, | **Case No. 3:21-cv-173-NJR** |
| **JASON J. CANJAR d/b/a YEDINAK REGISTERED HOLSTEINS,**<br>**on behalf of himself and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**BAYER CROP SCIENCE LP, et al.,**<br><br>Defendants, | **Case No. 3:21-cv-181-NJR** |
| **VIENNA EQHO FARMS,**<br><br>Plaintiff,<br><br>v.<br><br>**BAYER CROP SCIENCE LP, et al.,**<br>           **Defendants.** | **Case No. 3:21-cv-204-NJR** |

# ORDER

**ROSENSTENGEL, Chief Judge:**

The Parties' Joint Motion to Amend Briefing Schedule for Responsive Pleading Deadlines filed in each of the above-captioned cases is **GRANTED**. The current responsive pleading deadlines are **VACATED**. The briefing schedule for responses to the Class Action Consolidated Complaint is **AMENDED** as follows:

1.      Defendants shall respond to the Class Action Consolidated Complaint by **May 5, 2021**. Any joint motion to dismiss filed on behalf of all Defendants shall be no more than **55 pages**. Any individual issue motion particular to any specific defendant shall be no more than **10 pages**.

2.      Plaintiffs shall file an opposition to any joint motion to dismiss by **May 26, 2021**. The response to the joint motion shall be no more than **55 pages**. The response to any individual issue motion shall be no more than **10 pages**.

3.      Defendants shall file a reply, if warranted under Local Rule 7.1(c), by **June 16, 2021**. The reply shall be no more than **10 pages**.

**IT IS SO ORDERED.**

**DATED:   April 26, 2021**

*s/ Nancy J. Rosenstengel*
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**
